UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                              CHAPTER 13
                                                        CASE NO.: 1:22-bk-00054-HWV

**Beverly Louise Botts Bortner**

    Debtor,

_____/

**Mortgage Assets Management, LLC f/k/a Reverse
Mortgage Solutions, Inc.,**

    Movant,

v.

**Beverly Louise Botts Bortner**

**Jack N Zaharopoulos (Trustee)**

    Respondents.

_____/

## ORDER VACATING AUTOMATIC STAY

Upon consideration of Mortgage AssetsManagement, LLC f/k/a Reverse Mortgage Solutions, Inc.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc. and it is further

ORDERED, that Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc., its successors and/or assignees be entitled to proceed with appropriate state court remedies

against the property located at 400 Park Street, Harrisburg, Pennsylvania 17109, including without limitation a sheriff's sale of the property.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 28, 2023